UNITED STATES of America, Plaintiff—Appellee,

v.

Randall D. SCHLEVE, Defendant—Appellant.

No. 05-30244.

United States Court of Appeals, Ninth Circuit.

Submitted April 5, 2006.*

Filed April 10, 2006.

Leif M. Johnson, Esq., USBI–Office of the U.S. Attorney, Billings, MT, for Plaintiff–Appellee.

Zachary Cain, Federal Defenders of Montana, Billings, MT, for Defendant–Appellant.

Before: HAWKINS, McKEOWN, and PAEZ, Circuit Judges.

MEMORANDUM **

Randall D. Schleve appeals from his jury-trial conviction and sentence for railroad retirement fraud and theft of government property, in violation of 18 U.S.C. §§ 1001(a)(1) and 641.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Schleve has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

Schleve has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief. We therefore **GRANT** counsel's motion to withdraw and **AFFIRM** the district court's judgment.

**AFFIRMED.**

---

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.